MILDRED SCHADKIN, Appellant-Respondent, v. MAX BLOCK, Respondent-Appellant.— Orders unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

SAM ZIMMERMAN, Doing Business as Z & Z CONCESSIONS COMPANY, Appellant, v. JUDD ESTATES, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

In the Matter of the Arbitration between SCHOTTLAND TEXTILE MILLS, INC., Respondent, and MORRIS TEXTILES CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 876.]

■

LOUIS F. ROTHSCHILD et al., Doing Business under the Name of L. F. ROTHSCHILD & Co., Respondents, v. IDA CLAWANS et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See 284 App. Div. 845.]

■

In the Matter of the Arbitration between CHURCHILL L. KOHLMAN, Respondent, and PERRY ALEXANDER, Doing Business as MELLOW MUSIC PUBLISHING Co., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

RONSON ART METAL WORKS, INC., Appellant, v. SAVOY OF LONDON, LTD., et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

HARVEY L. GARDNER, Respondent, v. GENEROSO POPE, JR., Appellant.— The illegality of the agreement and any other defenses may be raised by way of answer. It is not possible on the basis of a motion addressed to the sufficiency of the complaint to pass upon the validity of the agreement or completely appraise its propriety. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST STATEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

■

SOLOMON SHUFER, Respondent, v. EMMA DE HART, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.